IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 1 3 2006
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| ACCUTEL OF TEXAS, INC. AND BASICPHONE, INC., § § § | |
| Plaintiffs, § § | |
| v. § | CIVIL ACTION NO. B-05-111 |
| § | |
| SOUTHWESTERN BELL TELEPHONE, L.P., § § § § | |
| Defendant. § | |

## OPINION AND ORDER

BE IT REMEMBERED that on January 12, 2006, the Court **GRANTED** Plaintiffs' Motion for Remand. Dkt. No. 7. This case was therefore remanded to the 107th Judicial District, Cameron County, Texas. Additionally, the Court **DENIED** Defendant's Motion to Dismiss or, In the Alternative, To Abate and Refer Case to the Texas Public Utility Commission. Dkt. No. 3.

Furthermore, the Court **DENIED** Plaintiffs' Motion for Attorney's Fees and Plaintiffs' Motions for Sanctions. Dkt. Nos. 3, 15.

Finally, the Court **DISMISSED** as moot the parties' Motion to Request Oral Hearing On Plaintiffs' Motion to Remand and Defendant's Motion to Dismiss or Abate. Dkt. No. 32.

DONE at Brownsville, Texas, this 12 day of January, 2006.

_____
Hilda G. Tagle
United States District Judge